UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*IN RE* GRAND JURY SUBPOENAS )  M.B.D. No. 12 MC 91187
TO GMB CAPITAL MANAGEMENT, LLC ) FILED UNDER SEAL
AND GMB CAPITAL PARTNERS, LLC. )

## ORDER

The United States has moved to Compel the Production of Documents and Other Evidence withheld by GMB Capital Management and GMB Capital Partners (together "GMB") as privileged under the attorney-client and work-product privileges, and has filed both *ex parte* and non *ex parte* submissions in support of that Motion. After considering Magistrate Judge Bowler's March 11, 2013 Report and Recommendations, Respondents' Objections to that Report and Recommendation, and the United States Responses to Respondents' Objections, and having conducted a *de novo* review of this matter, this Court adopts the Report and Recommendations of Magistrate Judge Bowler for the reasons stated therein and based upon the submissions of the parties, both *ex parte* and non *ex parte*. The Government's Motion to Compel is hereby allowed for the reasons set forth in Judge Bowler's Report and Recommendation.

I therefore order GMB to produce to the grand jury all of the documents previously withheld as privileged that relate to the three issues as to which Judge Bowler found the evidence presents a reasonable basis to believe that GMB used its attorneys to commit a crime or fraud, *i.e.* (1) the pre-inception performance data presented in the Trade Logs and otherwise to the SEC; (2) Gabriel Bitran's failure to produce any GMB client email correspondence requested by the SEC and statements concerning his use of email; and (3) Gabriel Bitran's involvement with GMB Partners after its legal separation from GMB Management. As to each of these issues, I

conclude, for the reasons set forth in Judge Bowler's Report and Recommendations, that the United States has demonstrated a reasonable basis to believe that Respondents used their attorneys to submit false documents and statements to the SEC and I hereby conclude that all documents relating to these three issues should be produced. The United States may also inquire of witnesses as to each of these issues.

      So Ordered:

Dated: 4/23/13

                                    /s/ J Tauro
                              United States Judge Joseph L. Tauro